JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AMBER HOTEL CORPORATION,<br><br>        Reorganized Debtor,<br>_____<br><br>JAMES J. LITTLE,<br><br>        Appellant,<br><br>        v.<br><br>AMBER HOTEL CORPORATION,<br><br>        Appellee.<br>_____ | Case No. CV 14-9254 FMO<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 31st day of August, 2015.

/s/
Fernando M. Olguin
United States District Judge